1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                 No.  2:16-cv-2139 WBS DB

    LARRY GIRALDES, JR.,
12
                        Plaintiff,
13                                                 ORDER

           v.
14
    CALIFORNIA DEPARTMENT OF
15  CORRECTIONS AND
    REHABILITATION, et al.,
16
                        Defendants.
17

18         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

19  action pursuant to 42 U.S.C. § 1983.  On March 28, 2019, plaintiff filed a notice stating he has

20  not received necessary documents to file an opposition to defendants' motion for summary

21  judgment.  (ECF No. 26.)  The court will direct defendants to respond to plaintiff's notice.

22         IT IS HEREBY ORDERED that counsel for defendants is instructed to file a response to

23  plaintiff's notice filed March 28, 2019 within fourteen days.

24  DATED: April 3, 2019                          /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27
    DLB:12
    DLB:1/Orders/prisoner-civil rights/gira2139.docs
28

                                             1